**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Re:<br><br>MARIA VICTORIA RAVELO<br><br>Debtor(s) | Case No. 07-15929-LMI<br><br>Chapter 7 |

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( x ) The trustee has a balance of $ 638.22 rem aining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $____________ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: January 25, 2011

Trustee
DREW M. DILLWORTH

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. trustee
Attachment

#289408

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Re:<br><br>MARIA VICTORIA RAVELO<br><br>Debtor(s) | Case No. 07-15929-LMI<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

| ADDRESS | CLAIM NUMBER | AMOUNT |
|---|---|---|
| FIA CARD SERVICES, NA<br>As successor to Bk. Of Am.NA<br>(USA) and MBNA AM.Bk.NA<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | Claim #000001 | $533.82 |
| FIA CARD SERVICES, NA<br>As successor to Bk. Of Am.NA<br>(USA) and MBNA AM.Bk.NA<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | Claim #000002 | $104.40 |